

MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

2005 APR 29 P 2: 49

U.S. D...
NE...

Roseann B. MacKechnie
CLERK

[Seal: UNITED STATES COURT OF APPEALS FILED MAR 30 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]

Date: 3/30/05
Docket Number: 02-0052-pr
Short Title: Powell v. Waterbury Police
DC Docket Number: 01-cv-178
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Warren Eginton

DC Initials CT/New Haven

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 30th day of March two thousand five.

Clifton Powell,                                                                                  No. 02-0052-pr

    Plaintiff-Appellant,

v.

Waterbury Police Dept.

    Defendant-Appellee.

    The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed <u>in forma pauperis</u>,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

    The Appellant herein not having so proceeded, upon consideration thereof,
        it is ordered that the appeal from the order of January 28, 2002 United States
        District Court for the District of Connecticut at New Haven be and it hereby is
        dismissed.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
/s/ Yolanda Siders

Certified:

MAR 30 2005

For the Court,
Roseann B. MacKechnie, Clerk

/s/ Yolanda Siders
By: Yolanda Siders
Deputy Clerk